UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mj-02499-Sanchez

UNITED STATES OF AMERICA

v

BREDI PUDIL,
MARCOS LEONEL BORSORIO-BORSORIO,
BREYTON SAEZ-WILSON, and
JORGE BARRIENTOS-AMAYA,

      Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

     By:  *Jessica Ayer*
           JESSICA J. AYER
           Special Assistant United States Attorney
           Court ID No. A5502916
           99 N.E. 4th Street
           Miami, FL 33132
           Tel. No. (305) 510-8179
           Fax No. (305) 536-4676
           E-mail: Jessica.Ayer@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>BREDI PUDIL,<br>MARCOS LEONEL BORSORIO-BORSORIO,<br>BREYTON SAEZ-WILSON and<br>JORGE BARRIENTOS-AMAYA,<br>*Defendant(s)* | Case No. 23-mj-02499-Sanchez |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __March 7, 2023__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(G), it is further alleged that this violation involved one thousand (1,000) or more kilograms of a mixture and substance containing a detectable amount of marihuana. |

Th complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SA. LEWIS HOSCH
*Printed name and title*
(No. TF11175)

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: March 16, 2023

*Judge's signature*

City and state: Miami, Florida

Hon. Eduardo I. Sanchez, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against Bredi PUDIL, Marcos Leonel BORSORIO-BORSORIO, Breyton SAEZ-WILSON, and Jorge BARRIENTOS-AMAYA for knowing and willfully conspiring to possess with intent to distribute 1,000 kilograms or more of marijuana, while on board a vessel subject to the jurisdiction to the United States, in violation of Title 46, United States Code, Sections 70503(a)(1), 70506(b), and 70506(a). As such, this Affidavit does not contain the details of every aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, as well as information obtained from other law enforcement personnel.

3. On or about March 7, 2023, while on patrol, United States Coast Guard (USCG)

Cutter ACTIVE detected a go-fast vessel (GFV) approximately forty-two (42) nautical miles south of Punta Burica, Panama, in international waters. The GFV had four individuals on board, displayed no indicia of nationality, was in a known narcotics trafficking area, and had multiple fuel drums and bales on board. ACTIVE was diverted to interdict and investigate. USCG received authorization to utilize use of force to compel compliance up to and including disabling fire.

4. ACTIVE launched their small boat and a helicopter. When the crew of the GFV observed the USCG, the crew began to jettison bales. The GFV refused to stop, therefore, the USCG helicopter crew had to utilize warning shots in order to compel compliance. When the USCG boarding team arrived on scene, they took control of the GFV.

5. The USCG boarding team asked the four individuals on board the GFV what the nationality of the vessel was, and one individual made a claim of Costa Rican nationality. Based on the verbal claim of Costa Rican nationality, the USCG contacted the Government of Costa Rica. The Government of Costa Rica responded that they could neither confirm nor deny the nationality of the vessel, therefore, the vessel was treated as a vessel without nationality and subject to the jurisdiction of the United States. A full law enforcement boarding followed.

6. The four individuals on the GFV identified themselves as Bredi PUDIL, Marcos Leonel BORSORIO-BORSORIO, Breyton Antonio SAEZ-WILSON and Jorge Alberto BARRIENTOS-AMAYA, all Costa Rica nationals. The USCG recovered a total of 73 bales and 33 bricks of marijuana. The contents of the bales were field tested and tested positive for the presence of marijuana with an approximate weight of 1,689 kilograms of marijuana. All four individuals, along with the suspected marijuana, were transferred to the USCG Cutter ACTIVE.

7. Based on the foregoing facts, I submit that probable cause exists to believe that Bredi PUDIL, Marcos Leonel BORSORIO-BORSORIO, Breyton Antonio SAEZ-WILSON, and

Jorge Alberto BARRIENTOS-AMAYA, did knowingly and willfully conspire to possess with intent to distribute 1,000 kilograms or more of marijuana, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1), 70506(b), and 70506(a).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Lewis Hosch
Task Force Officer
Drug Enforcement Administration

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P 4.1 by FaceTime this 16th day of March, 2023.

_____
HONORABLE EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

3